IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10679
Conference Calendar

_____


RONALD J. HOLLEMAN,

                                        Plaintiff-Appellant,

versus

MICHAEL GILLETT; MARY LUDWIG;
DALLAS COUNTY COMMISSIONERS COURT; HENRY WADE

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CV-3320-G
- - - - - - - - - -
December 10, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Having reviewed Holleman's arguments and the record on appeal, we hereby deny Holleman's motion to amend his complaint. We affirm the district court's dismissal of Holleman's 42 U.S.C. § 1983 action for substantially the same reasons adopted by the district court.  Holleman v. Gillett, 3:96-CV-3320-G (N.D. Tex. May 19, 1997).

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.